

RICHARDS KIBBE & ORBE LLP

December 30, 2015

H. Rowan Gaither
D 212.530.1807
F 917.344.8807
rgaither@rkollp.com

<u>Via ECF</u>

The Honorable P. Kevin Castel
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *Securities and Exchange Commission v. Wey, et al.*,
      Case No. 1:15-cv-07116-PKC (S.D.N.Y.)

Dear Judge Castel:

     We represent Defendant William Uchimoto in connection with the above-referenced matter. I write to respectfully request an extension, until January 11, 2016, of Mr. Uchimoto's time to respond to Proposed Intervenor Plaintiff Hanna Bouveng's Motion to Intervene (the "Motion to Intervene"). (ECF Nos. 38-39.) Ms. Bouveng's Motion to Intervene was re-filed on December 21, 2015 (ECF No. 38), and in accordance with Local Civil Rule 6.1, Mr. Uchimoto's response is currently due on January 4, 2016. Counsel for Ms. Bouveng has consented to our request for an extension until January 11, 2016. There have been no previous requests to extend Mr. Uchimoto's time to respond to the Motion to Intervene. On December 23, 2015, the Court granted Mr. Uchimoto's request for an extension of time to answer, move or otherwise respond to the Amended Complaint in this action. (ECF No. 45.) The Initial Pretrial Conference is scheduled for February 23, 2016 at 11:00 AM.

                                      Respectfully,

                                       H. Rowan Gaither

cc:   All Counsel of Record (via ECF)
      Counsel for Ms. Hanna Bouveng (via email)