UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>v.<br>BENJAMIN WEY,<br>NEW YORK GLOBAL GROUP,<br>TIANYI WEI,<br>MICHAELA WEY,<br>ROBERT NEWMAN,<br>WILLIAM UCHIMOTO, and<br>SEREF DOGAN ERBEK,<br><br>                                    Defendants,<br><br>and<br><br>ADVANTAGE CONSULTANTS, LTD.,<br>YORK CAPITAL MANAGEMENT, LTD.,<br>FOUR TONG INVESTMENTS, LTD.,<br>STRONG GROWTH CAPITAL, LTD.,<br>MEDIAN ASSETS INVESTMENTS, LTD., and<br>HAN HUA, LTD.,<br><br>                                    Relief Defendants. | Civil Action No. 15-7116 (PKC)<br>ECF CASE |

**REQUEST FOR ENTRY OF DEFAULT**

TO:   RUBY J. KRAJICK, CLERK OF COURT
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

   Plaintiff Securities and Exchange Commission respectfully requests entry of default, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against defendant New York Global Group, in this civil enforcement action for its failure to appear, answer or otherwise respond to the Amended Complaint within the time specified by the Federal Rules.

On November 24, 2015, the SEC served the Amended Complaint and Summons in this action on defendant New York Global Group via its registered agent.  On November 30, 2015, the SEC filed with the Court a declaration of service certifying that the foregoing service was completed.  (Dkt. No. 17).  More than 21 days have elapsed since service of both the Summons and the Amended Complaint.  Defendant New York Global Group has not been granted an extension of time to answer or otherwise respond to the Amended Complaint.  Defendant New York Global Group has not filed an answer or responded to the Amended Complaint, nor has it served on the SEC an answer or other response.

A supporting declaration and a proposed Certificate of Default accompany this Request.

Dated:  Washington, D.C.  
       February 4, 2016

Respectfully submitted,

__/s/ Derek S. Bentsen_____  
Derek S. Bentsen  
Attorney for Plaintiff  
U.S. Securities and Exchange Commission  
100 F Street, N.E.  
Washington, D.C. 20549  
(202) 551-6426  
bentsend@sec.gov

## **CERTIFICATE OF SERVICE**

     I certify that on February 4, 2016, I electronically filed the foregoing REQUEST FOR ENTRY OF DEFAULT, supporting declaration and proposed order using the CM/ECF system, which will send notification of such filing to all counsel of record in this action.

                                                                                      __/s/ Derek Bentsen____
                                                                                      Derek Bentsen