# EXHIBIT A





Actualités    OAR ARIF    Membres    Information    Législation    Formation    Révision    Liens    | D | F | I

## Search

Feeds RSS

Membership

Training

Sanctions

A.R.I.F.
Rue de Rive 8
1204 Genève

T. +4122 310.07.35
F. +4122 310.07.39
info@arif.ch
www.arif.ch

## MEMBERS

Last update : 09.03.2016

You can also consult the electronic public register kept by the FINMA on all financial intermediaries affiliated to a SRO in Switzerland

### MEMBERS SUBJECT TO MLA

List restricted to members subject to the MLA who agreed to appear thereon
(* Asset manager subject to the ARIF Code of Deontology)

7 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Click here to obtain a classification by canton**

| | |
|---|---|
| Edesia Asset Management Switzerland SA | GE |
| Eleuthera Capital AG | SZ |
| Elfen Denise  * | GE |
| EMPIRICAL DERIVATIVE TRADING SA  * | GE |
| Ernst & Co | ZG |
| EST SA | GE |
| EXCO Expertises & Conseils SA | GE |
| EXFID SA | VD |

### MEMBERS NOT SUBJECT TO MLA

List restricted to members not subject to the MLA who agreed to appear thereon.

Members not subject to MLA declare not practicing any financial activities in relation with the MLA and are consequently not subject to controls in the fight against money laundering and terrorist financing.
Members not subject to MLA cannot submit themselves to the ARIF's Code of Deontology.

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**Cliquer ici pour obtenir un classement par canton**

## Documents

- Articles of Association
- Regulations SRO
- Directive 1 - Application form
- Directives 2 to 13
- Directive 14 - Code of deontology/CoD
- Example of asset management contract
- Checklist internal directives
- Delegation contract
- Training schedule

## Links

- FINMA
- Federal Department of Finance (FDF)
- Money Laundering Reporting Office (MROS)
- Financial Action Task Force (FATF)



OAR reconnu par la FINMA / Von der FINMA annerkante SRO
OAD riconosciuto dalla FINMA / SRO recognised by FINMA

Membre du / Mitglied des
Membro del / Member of      FORUM SRO | OAR | OAD