RK&O | RICHARDS KIBBE & ORBE LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-31-16

March 24, 2016

H. Rowan Gaither
D 212.530.1807
F 917.344.8807
rgaither@rkollp.com

**MEMO ENDORSED**

Via ECF and Facsimile

The Honorable P. Kevin Castel
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*[handwritten endorsement:] I will address the matter at the April 29 conference.
SO ORDERED.
[signature]
3-31-16*

Re: *Securities and Exchange Commission v. Wey, et al.,*
Case No. 1:15-cv-07116-PKC (S.D.N.Y.)

Dear Judge Castel:

We represent Defendant William Uchimoto in connection with the above-referenced matter. The Initial Pretrial Conference is scheduled for April 29, 2016.

Three defendants (Mr. Uchimoto, Robert Newman and Doğan Erbek) have filed pre-motion letters requesting permission to file motions to dismiss the claims asserted against them in the Amended Complaint filed by the Securities and Exchange Commission on November 9, 2015. (ECF Nos. 78, 81 and 87.) On March 21, 2016, counsel for the SEC informed counsel for Mr. Newman (with copies to my firm and Mr. Erbek's firm) that the Commission does not intend to move to further amend the Amended Complaint.

The Court has ruled that Mr. Newman may file his motion once the current stay is lifted, but has not yet addressed the pre-motion letters of Mr. Uchimoto and Mr. Erbek. (*See* ECF No. 80.) No party or intervenor has expressed opposition to allowing dispositive briefing to go forward. In the absence of any such opposition, we respectfully request that Messrs. Uchimoto, Newman and Erbek now be permitted to file their motions to dismiss to test the sufficiency of the Amended Complaint and so that the Court can efficiently narrow the case as warranted.

We propose that the Court apply to those defendants the following briefing schedule, which is based on the briefing schedule previously entered with respect to Mr. Newman: Moving papers due April 14, 2016; 14 days thereafter for opposition papers; and 7 days for reply papers. (*See* ECF No. 80.) On March 22, 2016, counsel for Mr. Newman informed counsel for the Commission of the defendants' intent to make the present application and seek a briefing schedule on the motions to dismiss. As of the time of this writing, the Commission has not responded or otherwise objected.

200 Liberty Street
New York, New York 10281-1003

New York    Washington    London    WWW.RKOLLP.COM

The Honorable P. Kevin Castel                                          Page 2
March 24, 2016

     Counsel for Mr. Newman and Mr. Erbek consent to and join this application for the relief sought herein.

                           Respectfully,

                           H. Rowan Gaither

cc: All Counsel of Record (via ECF)