UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                Plaintiff,

    -against-

BENJAMIN WEY, et al.,

                Defendants.
-----------------------------------------------------------x

15-cv-7116 (PKC)

ORDER

CASTEL, U.S.D.J.

        At a Pretrial Conference in the above-captioned case today, the Court GRANTED the Motion to Stay, (Dkt. 82), DENIED the Motion to Intervene, (Dkt. 38, 47), and set a schedule for the filing of motions to dismiss, (Dkt. 81, 94). (See June 8, 2016 Transcript).

        SO ORDERED.

                                                        P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       June 8, 2016