

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
DIVISION OF ENFORCEMENT
100 F STREET, N.E.
WASHINGTON, D.C. 20549-4631

Derek S. Bentsen
Assistant Chief Litigation Counsel
Telephone: (202) 551-6426
Facsimile: (202) 772-9282
BentsenD@sec.gov

April 11, 2017

**Via ECF and Facsimile**

The Honorable P. Kevin Castel
United States District Judge for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *Securities and Exchange Commission v. Wey, et al.*, 15-cv-7116-PKC (SDNY)

Dear Judge Castel:

      On May 27, 2017, the Court issued a Memorandum and Order granting in part and denying in part the motions to dismiss filed by defendants Uchimoto, Erbek and Newman. Dkt. No. 142. The Court directed the Commission to file any motion to amend the complaint within 21 days of the order. Thus, if the Commission seeks to replead any portion of the complaint, it must move to amend by April 17, 2016. *Id.* The Commission respectfully requests an extension of this deadline to allow it time to meet with counsel for defendant Uchimoto and to assess whether to replead allegations relating to him. We are currently scheduled to meet with Uchimoto's counsel on May 17, 2017.

      The Commission therefore respectfully asks the Court to continue the deadline for a motion to amend the complaint to May 31, 2017. Defendants Uchimoto and Newman consent to this request.

      There is no scheduled conference. Because the case is stayed pending resolution of the related criminal matter, there are no other scheduled dates that would be impacted by this request.

Sincerely,

*/s/ Derek Bentsen*

Derek S. Bentsen