UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>v.<br><br>BENJAMIN WEY,<br>NEW YORK GLOBAL GROUP,<br>TIANYI WEI,<br>MICHAELA WEY,<br>ROBERT NEWMAN,<br>WILLIAM UCHIMOTO, and<br>SEREF DOGAN ERBEK,<br><br>                                    Defendants,<br><br>and<br><br>ADVANTAGE CONSULTANTS, LTD.,<br>YORK CAPITAL MANAGEMENT, LTD.,<br>FOUR TONG INVESTMENTS, LTD.,<br>STRONG GROWTH CAPITAL, LTD.,<br>MEDIAN ASSETS INVESTMENTS, LTD., and<br>HAN HUA, LTD.,<br><br>                                    Relief Defendants. | *Motion granted SO ORDERED* /s/ [signature] USDJ 9-1-17<br><br>Civil Action No. 15-7116 (PKC)<br><br>NOTICE OF UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S MOTION TO AMEND THE SECOND AMENDED COMPLAINT<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/5/17 |

PLEASE TAKE NOTICE, that upon all prior pleadings and proceedings heretofore had herein, Plaintiff U.S. Securities and Exchange Commission, by and through undersigned counsel, moves this Court before the Honorable P. Kevin Castel, at the United States Courthouse, 500 Pearl Street, New York, New York on a date to be determined by the Court for an Order withdrawing Plaintiff's motion to amend the Second Amended Complaint (Dkt. No. 151) and for all such other and further relief that the Court deems just and appropriate.

Counsel for defendants Uchimoto and Newman do not oppose the SEC's motion to withdraw its motion to amend.

Dated: September 1, 2007                    Respectfully submitted,

                                                   /s/ Derek S. Bentsen
                                                   Derek S. Bentsen
                                                   U.S. Securities and Exchange Commission
                                                   100 F Street, N.E.
                                                   Washington, D.C. 20549
                                                   202.551.6426
                                                   202.772.9245 (facsimile)
                                                   BentsenD@sec.gov