Castel, K.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

U.S. Securities & Exchange Commission

|  |  |  |
|---|---|---|
| , | ) | **NOTICE OF VOLUNTARY** |
| Plaintiff(s) | ) | **DISMISSAL PURSUANT TO** |
| v. | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
|  | ) |  |
| Benjamin Wey, et al. | ) | Case No.:  15-cv-7116-PKC |
|  | ) |  |
| , | ) |  |
| Defendant(s) | ) |  |
|  | ) |  |
|  | ) |  |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _U S Securities & Exchange Commission_ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _Benjamin Wey_ .

Date: September 1, 2017

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/17
```

9-5-17

/s Derek Bentsen    _Derek Bentsen_

*Signature of plaintiffs or plaintiff's counsel*

100 F St., NE

*Address*

Washington, DC 20549

*City, State & Zip Code*

202-551-6426

*Telephone Number*

**SO ORDERED:**

**U.S.D.J.**