**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 19, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/17

BY EMAIL and ECF

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **Securities and Exchange Commission v. Seref Dogan Erbek, et al.**
15 Civ. 7116 (PKC)

Dear Judge Castel:

The Government writes respectfully to request that the Court lift the limited stay of discovery it imposed, on the Government's motion, in the above-captioned action on June 8, 2016. Although the Government's criminal charges against Dogan Erbek are still pending before the Honorable Alison J. Nathan in this district (the "Criminal Case"), Erbek remains a fugitive at large. Accordingly, there is no pending trial date in the Criminal Case at this time, and the Government recognizes the Securities and Exchange Commission's interests in proceeding in this action without further delay.

Should circumstances change or arise in this action that could impact the Criminal Case, the Government reserves the right to seek further relief from the Court as necessary.

Respectfully submitted,

JOON H. KIM
United States Attorney

By: /S/ Brooke E. Cucinella
Brooke E. Cucinella
Michael Ferrara
Assistant United States Attorney
(212) 637-2477/2526

cc: Parties of Record (by ECF)

---

*Handwritten memo endorsement:*

The stay entered as to Mr. Way on June 8, 2016 (Doc 102) is VACATED. The SEC shall file a letter setting forth all proposed steps necessary to bring this action to final conclusion by October 31, 2017. Any other party may respond by November 7, 2017.

SO ORDERED
/s/ [signature]
USDJ
10-19-17