IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

U.S. Securities & Exchange Commission
,
          Plaintiff(s)    )   **NOTICE OF VOLUNTARY**
                            )   **DISMISSAL PURSUANT TO**
v.                          )   **F.R.C.P. 41(a)(1)(A)(i)**

Benjamin Wey, et al.      )   Case No.:  15-cv-7116-PKC
,
          Defendant(s)   )

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) U.S. Securities & Exchange Commission and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) Tianyi Wei.

Date: March 8, 2018

_Signature of plaintiffs or plaintiff's counsel_

100 F St., NE
_Address_

Washington, DC 20549
_City, State & Zip Code_

202-551-6426
_Telephone Number_

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-8-18

**SO ORDERED:**

U.S.D.J.

3-8-18